435 F.2d 823
 Clarence TATE, Jr., Petitioner-Appellant,
v.
L. E. DAGGETT (Acting Warden), U. S. Penitentiary, Atlanta, Georgia, Respondent-Appellee.
 No. 30764 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 December 16, 1970.
 Certiorari Denied March 8, 1971.
 
 See 91 S.Ct. 986.
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., Judge.
 Clarence Tate, Jr., pro se.
 Allen I. Hirsch, Asst. U. S. Atty., John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] See also: Craft v. United States, 433 F.2d 981 (5th Cir., 1970).
 
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)